# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1020

_____

| | |
|---|---|
| Estate of Sylvester Givens, by James Givens and Shirley Givens, Personal Representatives, | * <br> * <br> * <br> * |
| Plaintiff-Appellant, | * <br> * |
| v. | * <br> * |
| Forrest City, Arkansas; K. L. Wynne, Dispatcher; | * <br> * <br> * |
| Defendants, | * <br> * |
| Southwestern Bell Telephone Company; | * <br> * |
| Defendant-Appellee, | * Appeals from the United States |
| | * District Court for the Eastern |
| Joe Goff, Chief of Police, Forrest City Police Department, | * District of Arkansas. <br> * |
| | * [UNPUBLISHED] |
| Defendant. | * |

_____

No. 99-1022

_____

| | |
|---|---|
| Estate of Sylvester Givens, by James Givens and Shirley Givens, Personal Representatives, | * <br> * <br> * <br> * |

              Plaintiff-Appellee,           *
                                            *
      v.                                    *
                                            *
Forrest City, Arkansas; K. L. Wynne,        *
Dispatcher;                                 *
                                            *
              Defendants,                   *
                                            *
Southwestern Bell Telephone Company;        *
                                            *
              Defendant-Appellant,          *
                                            *
Joe Goff, Chief of Police, Forrest City     *
Police Department,                          *
                                            *
              Defendant.                    *

                    _____

            Submitted:  February 7, 2000

              Filed:  February 11, 2000
                    _____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.
                    _____

PER CURIAM.

    Sylvester Givens's estate appeals the district court's adverse grant of summary judgment in favor of Southwestern Bell Telephone Company (SWB) on the estate's negligence claim after it failed to respond to SWB's request for an admission that Givens's estate did not have any facts to support its negligence claim.  After reviewing the record and the parties' briefs, we conclude summary judgment was proper.  <u>See</u> Fed. R. Civ. P. 36(a) and (b) (matter requested is deemed admitted unless party

-2-

answers, and any matter admitted is "conclusively established" unless party files motion to withdraw or amend admission); Fed. R. Civ. P. 56(c) (summary judgment is properly granted if the admissions on file show there is no genuine issue as to any material fact).

Accordingly, we affirm the judgment of the district court.  <u>See</u> 8th Cir. R. 47B. We also dismiss SWB's cross-appeal as moot.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.